UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD SHANE CROW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:22-cv-00710-LCB-JHE |
| NURSE CINDY, et al., | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM OPINION**

Plaintiff Ronald Shane Crow filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 8). On August 12, 2024, the magistrate judge entered a report recommending the court grant the defendants' motions to dismiss the plaintiff's claims for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a). (Doc. 44). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the defendants' motions to dismiss are due to be granted based on the plaintiff's failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a).

A Final Judgment will be entered.

**DONE** and **ORDERED** this September 6, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE